UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHAM-O HOLDING, LTD. AND INTERSPORT CORP. D/B/A WHAM-O,<br><br>                    Plaintiff,<br><br>-v.-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ONSCHEDULE A TO THE COMPLAINT,<br><br>                    Defendant. | 26 Civ. 3572 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On April 30, 2026, Plaintiffs filed this trademark infringement action.  ECF No. 1.

Plaintiffs allege that the Defendants identified on Schedule A of the Complaint "intentionally

reproduced, copied, and/or colorably imitated the HACKY SACK Trademark."  *Id.* ¶ 31.  On

May 1, 2026, Plaintiffs moved *ex parte* for a temporary restraining order.  ECF No. 8.  On May

5, 2026, the Court "defer[red] ruling on the requested injunctive relief to provide Plaintiffs with

the opportunity to" submit "additional information and authorities relating to the likelihood of

success on the merits, specifically with respect to the strength of the mark in question and the

likelihood of confusion."  ECF No. 16 at 1, 3.  Plaintiffs have not done so.

If Plaintiffs are not prepared to litigate this action at this time, they may file a notice of

voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and commence a

new action when they are ready to proceed.  Plaintiffs shall file a letter updating the Court on the

status of this case no later than **June 9, 2026** if a stipulation of dismissal has not been filed by

that date.

SO ORDERED.

Dated: June 4, 2026
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

2